■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON E. R., Appellant. [722 NYS2d 198] —Adjudication unanimously affirmed (*see, People v Brown,* 268 AD2d 592, 593, *lv denied* 94 NY2d 945). (Appeal from Adjudication of Wayne County Court, Kehoe, J.—Youthful Offender.) Present—Pigott, Jr., P. J., Green, Pine, Hurlbutt and Burns, JJ.